UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **97-8066 CR-ZLOCH**

UNITED STATES OF AMERICA,

v.

TERRANCE PARRISH,
Defendant.

18 USC 922(g)(1)
18 USC 924(a)(2)

MAGISTRATE JUDGE: **MAGISTRATE JUDGE SELTZER**

INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about September 20, 1996, at West Palm Beach, Palm Beach County, in the Southern District of Florida, the defendant,

TERRANCE PARRISH,

having been convicted on or about February 7, 1994, in the Circuit Court, Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, in Case Number 94-110CFA02, of a crime punishable by imprisonment for a term exceeding one year, that is, possession of cocaine, did knowingly possess a firearm in and affecting commerce, to wit: a Sigsauer, 9 mm semi-automatic pistol; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
WILLIAM A. KEEFER
UNITED STATES ATTORNEY

_____
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-8066 

**CERTIFICATE OF TRIAL ATTORNEY***

UNITED STATES OF AMERICA
v.

TERRANCE PARRISH

**Related Case Information**:
SUPERSEDING       Yes ___  No _X_
New Defendant(s)  Yes _X_  No ___
Number of New Defendants   1
Total number of counts     1

**MAGISTRATE JUDGE SELTZER**

**Court Division**: (Select One)

___ Miami     ___ Key West
___ FTL       _X_ WPB       ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect _____

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days         _X_      Petty      ___
   II   6 to 10 days        ___      Minor      ___
   III  11 to 20 days       ___      Misdem.    ___
   IV   21 to 60 days       ___      Felony     _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:

   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No)   No

_____
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 0739472

Penalty Sheet(s) attached                              REV.12/12/96
                                                       N:\UDD\MMARRA\CERTRIAL.FRM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: TERRANCE PARRISH    Case No.: 97-8066 CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

=================================================================
Count #: 1

---

Max. Penalty: 10 years, $250,000

=================================================================
Count #:

---

Max. Penalty:

=================================================================
Count #:

---

Max. Penalty:

=================================================================
Count #:

---

Max. Penalty:

=================================================================
Count #:

---

Max. Penalty:

=================================================================

  *Refers only to possible term of incarceration, does not
  include possible fines, restitution, special assessments,
  parole terms, or forfeitures that may be applicable.

**97-8066**

**CR-ZLOCH**

<u>TERRANCE PARRISH</u>
Defendant

**MAGISTRATE JUDGE
SELTZER**

Pre-Trial Detention is recommended as to defendant.

_____
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY