CR 12 (Rev. 9/82)

# WARRANT FOR ARREST

**United States District Court**

**DISTRICT:** SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
TERRANCE PARRISH,
                    Defendant.

**DOCKET NO.** 97-8066
**MAGISTRATE CASE NO.** CR-ZLOCH

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**
Terrance Parrish
3306 Greenwood
West Palm Beach, FL

**WARRANT ISSUED ON THE BASIS OF:**
☒ Indictment   ☐ Information   ☐ Order of Court   ☐ Complaint

**TO:** U.S. Marshal or Other Authorized Representative

**DISTRICT OF ARREST**
**CITY**

MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession of firearm by a convicted felon

**IN VIOLATION OF**
**UNITED STATES CODE TITLE:** 18
**SECTION:** 922(g)(1) and 924(a)(2)

**BAIL FIXED BY COURT:** None
**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** ANN E. VITUNAC, UNITED STATES MAGISTRATE JUDGE
**SIGNATURE (JUDGE/U.S. MAGISTRATE):** [signature]
**DATE:** May 29 1997

**CLERK OF COURT:** CARLOS JUENKE, CLERK OF COURT
**(BY) DEPUTY CLERK:** Sandra Acevedo
**DATE ISSUED:** 5-29-97

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record